| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLA DOMINGUEZ,<br><br>          Plaintiffs,<br><br>v.<br><br>TECHNICAL CONSUMER PRODUCTS, INC. et al.,<br><br>          Defendants. | No. 5:23-cv-01265-JAK (SKx)<br><br>**ORDER RE JOINT STIPULATION OF DISMISSAL WITH PREJUDICE (DKT. 21)**<br><br>**JS-6: CASE TERMINATED** |

1 | Based on a review of the Joint Stipulation of Dismissal with Prejudice (the
2 | "Stipulation" (Dkt. 21)), sufficient good cause has been shown for the requested relief.
3 | Therefore, the Stipulation is **APPROVED**, as follows:
4 | The above-referenced action is **DISMISSED** in its entirety with prejudice. Each
5 | party will bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: January 22, 2024

John A. Kronstadt
United States District Judge